

ORDERED in the Southern District of Florida on December 15, 2014.

                                                          Laurel M. Isicoff, Judge
                                                          United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

FABRIZIO DULCETTI NEVES                     Case No. 09-33043-BKC-LMI
                                                                          Chapter 7
       Neves.
_____/

MARKWOOD INVESTMENTS LTD.
and GOLDEN DAWN CORPORATION,

       Plaintiffs,                                             Adv. Pro. No. 10-02122-LMI
v.

FABRIZIO DULCETTI NEVES,

       Defendant.
_____/

## FINAL JUDGMENT

       In accordance with Federal Rule of Civil Procedure 58(a), made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7058, and as set forth in

this Court's Memorandum Opinion entered on December 11, 2014, judgment is entered as follows:

1. As to Count I of the Complaint, Final Judgment is entered in favor of the Defendant and against the Plaintiffs.

2. As to Count II of the Complaint, Final Judgment is entered in favor of the Plaintiffs and against the Defendant in the amount of $8,384,113.01 in principal and interest through April 21, 2014, plus interest accruing thereafter at a per diem at rate of $5339.21.

3. As to Count III of the Complaint, Final Judgment is entered in favor of the Plaintiffs and against the Defendant.

4. As to Count IV of the Complaint, Final Judgment is entered in favor of the Plaintiffs and against the Defendant.

5. As to Count V of the Complaint, Final Judgment is entered in favor of the Plaintiffs and against the Defendant in the amount of $5,409,028.79 in principal and interest through April 21, 2014, plus interest accruing thereafter at a per diem rate of $3,503.76.

6. As to Count VI of the Complaint, Final Judgment is entered in favor of the Defendant and against the Plaintiffs.

7. The Court shall retain jurisdiction over this matter to adjudicate the amount of the Plaintiffs' reasonable attorney's fees and court costs in accordance with Counts II and V of the Complaint.

# # #

Copies furnished to:
Joanne Gelfand, Esq.
Brett Barfield, Esq.
Raul Espinoza, Esq.

*Attorney Espinoza shall serve a copy of this Final Judgment upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.*